April 5, 2022

Dear Honorable Judge Hood,

First off, I would like to thank you for taking the time out to read these letters from our family regarding **Romello Johnson**. I'm Romello's oldest sister **Cedrisha Smith**. I'm extremely saddened and disappointed of where my brother has landed. I fully believe in his potential to do something greater with himself.

Although this is not the ideal position for him I'll be honest in saying I'm a tad bit grateful. In 2016, I lost one of my brothers to gun violence. Dead or in jail are two common options for young black males in Detroit. Choosing between those two for another brother, I'll choose jail.

Romello has chosen to be a rapper in the city of Detroit. He's quite good at it for the crowds really enjoy his lyrics. Recently, one of his videos received over 1 million views. Unfortunately, being a rapper in Detroit comes with unnecessary problems. I believe Romello's safety is a problem in Detroit. I actually couldn't fault my brother for having a gun. I currently stay in Las Vegas, NV. Outside of the weather, violence and safety was a huge factor in my decision to move out of state. When I'm in Detroit just pumping gas at the gas station, I feel unsafe. My solution is to just stay away from Detroit as much as possible. This is my new mindset at 30. Unfortunately, Romello hasn't reached this mindset at his young age of 19. At 19 you couldn't pay me to move out of state so I can somewhat understand his decision to be there.

My mother wants Romello to take trade classes and eventually receive his GED.  But outside of that I see no plus side for Romello being incarcerated. Mainly, because I don't believe in jail to rehabilitate. In my opinion, the way the system is operated it is often times is focused too much on punishment. And Romello should be punished for breaking the law. But I plead with you, your Honor, for leniency – both because I love him and because I think both he and society will be better served if his time in custody is minimal.

I don't believe Romello will benefit in any way by serving longer jail time. He will be surrounded by older, violent, more sophisticated criminals, which will be bad for him and his future. I'm asking for leniency with Romello because he's more than this crime shows. Romello is passionate, loving, caring, and extremely talented. He is not a violent person.  I've always admired how easily he can just do whatever he put his mind to. Romello being in jail is a great hardship on our family.

I thank you again for taking the time out to read this letter. I hope that you can see at least a small percentage of the potential that our family sees in him.

s/Cedrisha Smith