April 1, 2020

To the Honorable Judge Denise Page Hood:

Hello your Honor, I'm Michelle Drane, 49 years of age, and Romello Johnson Mother. I currently reside in Nevada and have been here almost 3 years. I would like to start by saying Romello is a good person who has made bad decisions.  The odds have been stacked against him to some extent, including the neighborhood he came up in, the lack of any fatherly presence, and a lack of help for his hyperactivity issues as a child.

However, that doesn't excuse his past actions or decisions, and due to those choices, he is now unfortunately in this predicament. My hope is for Romello to continue his education by obtaining his GED and getting some help for his drug issues. I know he has the capability of achieving this goal if he applies himself. And based on my discussions with Romello, I believe this is will be the best time for him to be focused and dedicated to these goals: his time in custody in this case has been very difficult for him and has made him NEVER want to return to jail.

Romello is a bright young man with a bright future ahead of him. He has a passion and desire for music and entertainment, with a dream to become someone that matters in this world, someone that people can look up to. He does not want to end up as a statistic. Romello is funny; he's also very ambitious. He is not a violent person at all. I really believe my son can be an asset to society if he stays focused, dedicated, and committed to the right goals. But he is 19 years-old – and his mistakes are of the kind that a young person could make.  But because he's still a young man, he also has a great capacity to learn from his mistakes and change his habits as he has not even fully grown into adulthood yet.

I'm a praying Mother who believes in the Lord, reading my Bible, and I am constantly praying over Romello and have built faith that he will accomplish his major goals and maybe even some of his dreams. Romello is a brother to five siblings who love him and want the best for him along with our extended family members – they are all willing to help, support and encourage him to stay on the straight and narrow.  I believe Romello deserves a chance to right his wrong, show that's he's capable of doing the right things, and make better decisions and life choices.
Thank you, your Honor!

s/Michelle Drane