April 3, 2020


To the Honorable Judge Hood:


This is Charlie, Romello's older brother, and I would like to say that Romello is a young and intelligent person who has made some foolish youthful mistakes.  And although he shouldn't have had a gun while using marijuana, everyone deserves another chance I believe. Romello is a great and loving uncle to his niece and nephew - he'll do anything for them. He has a good heart.  He is not a violent person at all.  He goes out of the way to help those he loves.  He is just a good person who is still so young (19 years-old).  He is also far more intelligent than you might think given that he didn't complete high school.  Romello's my brother and my guy – I miss him and love him.


Sincerely,

s/Charlie Vaughn