| PROB 12C (Rev. 08/18) | **VIOLATION REPORT PART 1: PETITION FOR SUMMONS** | **U. S. Probation Office** Eastern District of Michigan | **PACTS** 7665703 | **DATE** 06/20/2024 |
|---|---|---|---|---|

| **NAME** JOHNSON, Romello Damaine | **OFFICER** Mark T. Burchell | **JUDGE** Denise Page Hood | **DOCKET #** 21-CR-20554-01 |
|---|---|---|---|

| **ORIGINAL SENTENCE DATE** 04/18/2022 **COMMENCED** 07/07/2023 **EXPIRATION** 07/06/2026 | **SUPERVISION TYPE** Supervised Release | **CRIMINAL HISTORY CATEGORY** II | **TOTAL OFFENSE LEVEL** 17 | **PHOTO** |
|---|---|---|---|---|

| **ASST. U.S. ATTORNEY** Barbara Lanning | **DEFENSE ATTORNEY** To Be Determined |
|---|---|

**REPORT PURPOSE**

**TO ISSUE A SUMMONS**

**ORIGINAL OFFENSE**

Count 1: 18 U.S.C. §922(g)(3), Possession of a Firearm by an Unlawful User of Controlled Substance

**SENTENCE DISPOSITION**

Custody of the Bureau of Prisons for a term of 24 months, to be followed by a three-year term of supervised release.

Amended Sentence: 04/18/2022, Correction of Sentence by Clerical Mistake (Fed. R. Crim. P. 36). All other conditions of the original judgment remain in full force and effect.

Modification: 01/24/2024, the following special condition was added: "The defendant shall participate in the global positioning satellite (GPS) technology of the Location Monitoring Program for up to six months, with a curfew schedule to be determined by the probation officer and abide by all the rules of the program. The cost of the Location Monitoring Program is waived due to the defendant's inability to pay."

**ORIGINAL SPECIAL CONDITIONS**

1. You must participate in a substance abuse treatment program and follow the rules and regulations of that program. The probation officer in consultation with the treatment provider, will supervise your participation in the program (provider, location, modality, duration, intensity, etc.).
2. You must not be a member of or associated with any group oriented in whole or in part toward criminal purpose, commonly referred to as a gang. You shall not be found in the social company of any person who you know or reasonably ought to know is a member of or associated with such a gang. You must not possess, wear or display in any manner any insignia, emblem, hat, scarf, bandana or article of clothing which is designed, arranged, or used in any way to symbolize membership in, affiliation with or approval of a gang. You must not possess, wear or display any article of clothing to which any insignia or name

| PROB 12C (Rev. 08/18) | **VIOLATION REPORT PART 1: PETITION FOR SUMMONS** | **U. S. Probation Office** Eastern District of Michigan | **PACTS** 7665703 | **DATE** 06/20/2024 |
|---|---|---|---|---|
| **NAME** JOHNSON, Romello Damaine | **OFFICER** Mark T. Burchell | **JUDGE** Denise Page Hood | **DOCKET #** 21-CR-20554-01 | |

(including, for example, either a designer's name or symbol), which is easily discernible from a distance or more than 10 feet. You must not at any time use hand or body signals of such kind as are associated with signifying membership in, affiliation with or approval of a gang. You must acquire no tattoos, body markings or piercings of any kind while in prison or on supervised release.

3. You must provide proof of your residence to the Probation Department.
4. You must have all residences pre-approved by the Probation Department.

Criminal Monetary Penalty:  Special Assessment $100.00 (balance: $50.00).

The probation officer believes that the offender has violated the following conditions of Supervised Release:

| VIOLATION NUMBER | NATURE OF NONCOMPLIANCE |
|---|---|
| 1 | **Violation of Mandatory Condition :** "YOU MUST NOT COMMIT ANOTHER FEDERAL. STATE OR LOCAL CRIME." <br><br> On June 17, 2024, the Romulus (Michigan) Police Department was dispatched to JOHNSON's residence for a domestic dispute. The investigation revealed JOHNSON assaulted his girlfriend. Surveillance footage from the apartment complex shows JOHNSON throwing his girlfriend to the ground. Once his girlfriend got up and began to run away, JOHNSON chased her, grabbed her by her hair and ripped her to the ground again, dragging her by her hair. At some point, JOHNSON and his girlfriend enter a vehicle and drive off. According to JOHNSON's girlfriend, the fight continued in the vehicle. JOHNSON stopped at a gas station in Taylor, Michigan, where he forced his girlfriend out of the vehicle and left her. She was transported back to her residence by law enforcement. JOHNSON's girlfriend completed a victim's statement indicting there was bodily injury, threats to injure, interference with freedom of movement and acts causing fear of safety. JOHNSON's girlfriend further stated in the victim statement that JOHNSON hit her, drove off with her, hit her again and put her out of the vehicle. Law enforcement was able to reach JOHNSON via telephone after the incident. JOHNSON was asked to return to the residence to speak with law enforcement. JOHNSON stated he was on his way; however, he did not return to the location. Case Report Number: 240010905. <br><br> A misdemeanor warrant request has been submitted for the charge of Simple Assault. |
| 2 | **Violation of Mandatory Condition:** "YOU MUST NOT COMMIT ANOTHER FEDERAL, STATE OR LOCAL CRIME." <br><br> On June 17, 2024, the Romulus (Michigan) Police Department were dispatched to JOHNSON'S residence for a domestic dispute. The investigation revealed that JOHNSON assaulted his girlfriend, which was captured on surveillance footage. Additionally, JOHNSON kicked in the front door to the residence in order to get to his girlfriend, causing the door to split in half and come off the hinge. A misdemeanor warrant request has been submitted for the charge of Damage to Property. |

| PROB 12C (Rev. 08/18) | **VIOLATION REPORT PART 1: PETITION FOR SUMMONS** | **U. S. Probation Office** Eastern District of Michigan | **PACTS** 7665703 | **DATE** 06/20/2024 |
|---|---|---|---|---|

| **NAME** JOHNSON, Romello Damaine | **OFFICER** Mark T. Burchell | **JUDGE** Denise Page Hood | **DOCKET #** 21-CR-20554-01 |
|---|---|---|---|

| **I declare under penalty of perjury that the foregoing is true and correct.** **SENIOR PROBATION OFFICER** s/Mark T. Burchell/slg/djl 313 234-5478 | **DISTRIBUTION** Court |
|---|---|
| **SUPERVISING PROBATION OFFICER** s/Christina R. Wilkerson 313 234-5460 | **PROBATION ROUTING** Data Entry |

## THE COURT ORDERS:

[x  ]    The issuance of a summons

[  ]    Other


s/Denise Page Hood
_____
United States District Judge

7/26/2024
_____
Date