MIE 1A
Revised 08\18

Order of the Court to Continue Supervision

**UNITED STATES DISTRICT COURT**
**for the**
**Eastern District of Michigan**

UNITED STATES OF AMERICA

v.

JOHNSON, Romello Damaine                                  Crim. No.:  21CR20554-01

On 07/26/2024 the Court authorized the issuance of a supervised release summons based upon a violation petition citing violations of supervision.  The issues of the violations were heard in Court on 10/17/2024, and the Court made the following findings:

__X__   Guilty of violating conditions of supervision.  The following special conditions of supervision is/are added.

1.  You must participate in a cognitive-behavioral treatment program and follow the rules and regulations of that program. The probation officer will supervise your participation in the program (provider, location, modality, duration, intensity, etc.), Such programs may include group session led by a counselor or participation in a program administered by the probation office.
2.  You must attend and complete a domestic violence or batters intervention course, in person.
3.  You must not abuse alcohol.
4.  You must not permit felons to visit you at your residence.

Respectfully submitted,

s/Mark T. Burchell
Senior United States Probation Officer

**ORDER OF THE COURT**

Pursuant to the above, it is ordered that the pending violation matter be resolved and supervision in this case be continued.  All conditions imposed at the time of sentencing, along with any subsequent modifications to those conditions, remain in effect.

Dated this 24th Day of October, 2024.

s/Denise Page Hood
Denise Page Hood
United States District Judge