| PROB 12C (Rev. 08/18) | **VIOLATION REPORT PART 1: PETITION FOR WARRANT** | **U. S. Probation Office** Eastern District of Michigan | **PACTS** 7665703 | **DATE** 01/16/2026 |
|---|---|---|---|---|

| **NAME** JOHNSON, Romello Damaine | **OFFICER** Mark T. Burchell | **JUDGE** Denise Page Hood | **DOCKET #** 21-CR-20554-01 |
|---|---|---|---|

| **ORIGINAL SENTENCE DATE** 04/18/2022  **COMMENCED** 07/07/2023  **EXPIRATION** 07/06/2026 | **SUPERVISION TYPE** Supervised Release | **CRIMINAL HISTORY CATEGORY** II | **TOTAL OFFENSE LEVEL** 17 | **PHOTO** |
|---|---|---|---|---|

| **ASST. U.S. ATTORNEY** Barbara Lanning | **DEFENSE ATTORNEY** To Be Determined |
|---|---|

**REPORT PURPOSE**

**TO ISSUE A WARRANT TO BE FILED AS A DETAINER WITH THE OAKLAND COUNTY JAIL IN PONTIAC, MICHIGAN**

**ORIGINAL OFFENSE**

Count 1:  18 U.S.C. § 922(g)(3), Possession of a Firearm by an Unlawful User of Controlled Substance

**SENTENCE DISPOSITION**

Custody of the Bureau of Prisons for a term of 24 months, to be followed by a three-year term of supervised release. The defendant can be supervised in the District of Nevada.

Amended Sentence:  04/18/2022, Correction of Sentence by Clerical Mistake (Fed. R. Crim. P. 36). All other conditions of the original judgment remain in full force and effect.

Modification:  01/24/2024, the following special condition was added: "The defendant shall participate in the global positioning satellite (GPS) technology of the Location Monitoring Program for up to six months, with a curfew schedule to be determined by the probation officer and abide by all the rules of the program.  The cost of the Location Monitoring Program is waived due to the defendant's inability to pay."

Order of the Court to Continue Supervision:  10/24/2024, defendant appeared before the Court for a Supervised Release violation hearing. Found guilty of violating conditions of supervision.  The following condition of supervision is/are added: 1. "You must participate in a cognitive-behavioral treatment program and follow the rules and regulations of that program. The probation officer will supervise your participation in the program (provider, location, modality, duration, intensity, etc.), Such programs may include group session led by a counselor or participation in a program administered by the probation office." 2. "You must attend and complete a domestic violence or batters intervention course, in person." 3. "You must not abuse alcohol." 4. "You must not permit felons to visit you at your residence."  Pending violation matter was resolved and supervision was continued.  All conditions imposed at the time of sentencing, remain in effect.

| PROB 12C (Rev. 08/18) | VIOLATION REPORT PART 1: PETITION FOR WARRANT | U. S. Probation Office Eastern District of Michigan | PACTS 7665703 | DATE 01/16/2026 |
|---|---|---|---|---|

| NAME JOHNSON, Romello Damaine | OFFICER Mark T. Burchell | JUDGE Denise Page Hood | DOCKET # 21-CR-20554-01 |
|---|---|---|---|

**ORIGINAL SPECIAL CONDITIONS**

1. You must participate in a substance abuse treatment program and follow the rules and regulations of that program. The probation officer in consultation with the treatment provider, will supervise your participation in the program (provider, location, modality, duration, intensity, etc.).
2. You must not be a member of or associated with any group oriented in whole or in part toward criminal purpose, commonly referred to as a gang. You shall not be found in the social company of any person who you know or reasonably ought to know is a member of or associated with such a gang. You must not possess, wear or display in any manner any insignia, emblem, hat, scarf, bandana or article of clothing which is designed, arranged, or used in any way to symbolize membership in, affiliation with or approval of a gang. You must not possess, wear or display any article of clothing to which any insignia or name (including, for example, either a designer's name or symbol), which is easily discernible from a distance or more than 10 feet. You must not at any time use hand or body signals of such kind as are associated with signifying membership in, affiliation with or approval of a gang. You must acquire no tattoos, body markings or piercings of any kind while in prison or on supervised release.
3. You must provide proof of your residence to the Probation Department.
4. You must have all residences pre-approved by the Probation Department.

Criminal Monetary Penalty:  Special Assessment $100.00 (Balance $50.00)

The probation officer believes that the offender has violated the following condition(s) of Supervised Release:

| VIOLATION NUMBER | NATURE OF NONCOMPLIANCE |
|---|---|
| **1** | **Violation of Mandatory Condition:** "YOU MUST NOT COMMIT ANOTHER FEDERAL, STATE OR LOCAL CRIME." <br><br> On January 11, 2026, the Southfield (Michigan) Police Department along with the Federal Bureau of Investigations (FBI) Violent Crimes Task Force executed a search warrant at a music studio located in Detroit, Michigan, where JOHNSON was recording music. SWAT negotiators contacted JOHNSON via telephone, due to JOHNSON failing to exit the building. However, it is noted in the police report that JOHNSON eventually exited the building and was placed under arrest safely. During the search, officers located JOHNSON's cell phone, which he attempted to destroy, as evidenced by the phone being broken and his hands cut and bloody. According to officers, JOHNSON tried to flush parts of his cell phone down the toilet. <br><br> The base of the search warrant is a part of an investigation which JOHNSON is a suspect in. On or about November 4, 2025, there was a non-fatal shooting that occurred at a gas station located at 24722 Southfield Road, Southfield, Michigan. Officers believed due to their investigation, JOHNSON was involved. |

| PROB 12C (Rev. 08/18) | **VIOLATION REPORT PART 1: PETITION FOR WARRANT** | **U. S. Probation Office** Eastern District of Michigan | **PACTS** 7665703 | **DATE** 01/16/2026 |
|---|---|---|---|---|
| **NAME** JOHNSON, Romello Damaine | **OFFICER** Mark T. Burchell | **JUDGE** Denise Page Hood | | **DOCKET #** 21-CR-20554-01 |

JOHNSON was transported to the Southfield Detention Center, located in Southfield, Michigan. Officers attempted to interview JOHNSON, but he refused to speak to them. JOHNSON made his initial appearance on January 14, 2026, at the 46th District Court, in Southfield, Michigan before the Honorable Magistrate King. JOHNSON has been charged with Count 1: Weapons – Carrying Concealed, Count 2: Weapons – Firearms – Possession By Felon and Count 3: Weapons – Felony Firearm.

JOHNSON was given a $50,000.00 cash/surety bond with electronic monitoring. JOHNSON remains in custody at the Oakland County Jail in Pontiac, Michigan at this time. JOHNSON's next Court hearing is scheduled for January 26, 2026, under Docket Number: 26-S-41.

2    **Violation of Mandatory Condition:** "YOU MUST REFRAIN FROM ANY UNLAWFUL USE OF A CONTROLLED SUBSTANCE. YOU MUST SUBMIT TO ONE DRUG TEST WITHIN 15 DAYS OF RELEASE FROM IMPRISONMENT AND AT LEAST TWO PERIODIC DRUG TESTS THEREAFTER, AS DETERMINED BY THE COURT."

On November 7, 2025, and December 10, 2025, JOHNSON submitted to urinalysis testing. On both dates, JOHNSON's tests returned positive for opiates. He admitted to the use of Percocet each time. JOHNSON does not have a prescription for the narcotic. This writer instructed JOHNSON to obtain a prescription due to complaining of pain, however, he has failed to do so.

3    **Violation of Special Condition:** "YOU MUST ATTEND AND COMPLETE A DOMESTIC VIOLENCE OR BATTERS INTERVENTION COURSE IN PERSON."

On October 17, 2024, JOHNSON appeared before Your Honor for a violation hearing. JOHNSON was found guilty of violations one and two. He was continued on supervised release and ordered to attend domestic violence or a batters' intervention program. This writer instructed JOHNSON numerous times to enroll into a domestic violence course, but he has failed to enroll in such programming and shown no motivation in doing so.

| **I declare under penalty of perjury that the foregoing is true and correct.** **SENIOR PROBATION OFFICER** s/Mark T. Burchell/djl/slg 313 234-5478 | **DISTRIBUTION** Court |
|---|---|
| **SUPERVISING PROBATION OFFICER** s/Christina R. Wilkerson 313 234-5460 | **PROBATION ROUTING** Data Entry |

| PROB 12C (Rev. 08/18) | **VIOLATION REPORT PART 1: PETITION FOR WARRANT** | **U. S. Probation Office** Eastern District of Michigan | PACTS 7665703 | DATE 01/16/2026 |
|---|---|---|---|---|
| NAME JOHNSON, Romello Damaine | OFFICER Mark T. Burchell | JUDGE Denise Page Hood | | DOCKET # 21-CR-20554-01 |

**THE COURT ORDERS:**

[x  ]    The issuance of a warrant to be filed as a detainer with the Oakland County Jail in Pontiac. Michigan.

[  ]    Other



s/Denise Page Hood
_____
United States District Judge

2/5/2026
_____
Date